| CDIL PROB 22 (Rev. 4/97) | TRANSFER OF JURISDICTION | **JUDGE GETTLEMAN**<br>**- MAGISTRATE JUDGE NOLAN** | DOCKET NUMBER *(Tran. Court)*<br>0753/5 05-20001-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION |
|---|---|---|
| Charles Lawshea | | Urbana |
| | NAME OF SENTENCING JUDGE | |
| RECEIVED APR 1 4 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | Michael P. McCuskey | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/6/2006 | TO 10/5/2009 |

| OFFENSE | |
|---|---|
| Possession of a Firearm by a Felon 18:922 | **08CR 330** kjb |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/8/08_
Date

_Michael P. McCuskey_
Michael P. McCuskey
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_APR 1 8 2008_
Effective Date

_James F. Holderman_
United States District Judge

FILED
APR 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT