

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5698

# FILED

APR 2 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

April 22, 2008

218 United States Courthouse
201 South Vine Street
Urbana, IL 61801

Dear Clerk:

**Re:  Case number 05-20001-1  US v Charles Lawshea**
Our case number: 08 cr 330  - Northern District of Illinois, Judge Gettleman

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Charles Lawshea, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:      Ellenore Duff
Deputy Clerk

Enclosure

FILED

APR 2 9 2008
APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. District Court
### CENTRAL DISTRICT OF ILLINOIS (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:05-cr-20001-MPM-DGB-1
### Internal Use Only

Case title: USA v. Lawshea

Date Filed: 01/06/2005
Date Terminated: 10/14/2005

---

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '05-4098'

### Defendant (1)

**Charles Lawshea**
*TERMINATED: 10/14/2005*

represented by **Tiffani D Johnson**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217-373-0666
Fax: 217-373-0667
Email: tiffani_johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

### Pending Counts

UNLAWFUL TRANSPORT OF
FIREARMS, ETC. (On or about
October 24, 2004, defendant did
knowingly possess a firearm in
violation of 18 USC 922(g)(1))
(1)

### Disposition

It is the judgment of the Court that the
defendant is hereby committed to the
custody of the Bureau of Prisons for a
term of 27 months. Upon release from
imprisonment, defendant shall be
placed on supervised release for a term
of three years. It is further ordered that
defendant shall pay a special
assessment in the amount of $100.00,
due immediately

A TRUE COPY
ATTEST·
PAMELA E. ROBINSON, CLERK
BY:_____4-24-08_____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:____5_____

### Highest Offense Level (Opening)

Felony

### Terminated Counts

**Disposition**

None

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

---

## Plaintiff

**USA**

represented by **Eugene L Miller**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: eugene.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2005 | 1 | +++ **SEALED INDICTMENT** as to Charles Lawshea (1) count(s) 1. (SKD, ilcd) Modified on 7/11/2005 to show Indictment is UNSEALED pursuant to hearing held 1/11/05 (SKD, ilcd). (Entered: 01/07/2005) |
| 01/07/2005 | 2 | (Court only) *** **ARREST WARRANT ISSUED** by David G. Bernthal as to Charles Lawshea. (SP, ilcd) (Entered: 01/07/2005) |
| 01/11/2005 | | NOTICE OF HEARING as to Charles Lawshea. Initial Appearance set for 1/11/2005 at 3:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) (Entered: 01/11/2005) |
| 01/11/2005 | | Arrest of Charles Lawshea (KM, ilcd) (Entered: 01/11/2005) |
| 01/11/2005 | | Minute Entry for proceedings held before Judge David G. Bernthal on 1/11/05. Appearance of Eugene Miller, AUSA for Government. Appearance of CHARLES LAWSHEA in person. Cause called for initial appearance. Dft advised of charges and rights, including right to counsel. Dft requests court appointed counsel and files financial affidavit. The Court finds the dft qualifies and appoints the Federal Defenders Office. AFPD A. Brian Threlkeld present in court. Cause called for arraignment. Dft sworn; advised of rights, charges and penalties. Dft enters plea of not guilty. Written Scheduling Order to be entered. Government requests dft be detained. Dft requests hearing be continued; granted. Detention Hearing set for 1/13/2005 at 2:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. Temporary Order of Detention to be entered. Case ordered UNSEALED. AFPD Threlkeld advises the Court that AFPD Tiffani Johnson will be lead counsel. (Tape #C252; 3085-4156.) (SKD, ilcd) (Entered: 01/12/2005) |

| 01/11/2005 | | Case unsealed as to Charles Lawshea by Order of the Court at hearing held 1/11/05 (SKD, ilcd) (Entered: 01/12/2005) |
|---|---|---|
| 01/11/2005 | 3 | CJA 23 Financial Affidavit by Charles Lawshea (SKD, ilcd) (Entered: 01/12/2005) |
| 01/11/2005 | 4 | TEMPORARY ORDER OF DETENTION PENDING HEARING as to Charles Lawshea . Entered by Judge David G. Bernthal. (SKD, ilcd) (Entered: 01/12/2005) |
| 01/11/2005 | | (Court only) *** P2 Procedural Interval started as to Charles Lawshea pursuant to hearing held 1/11/05 (SKD, ilcd) (Entered: 01/18/2005) |
| 01/12/2005 | 5 | SCHEDULING ORDER Entered by Judge David G. Bernthal. (SKD, ilcd) (Entered: 01/12/2005) |
| 01/13/2005 | | Minute Entry for proceedings held 1/13/05 before Judge David G. Bernthal. Appearance for Government by AUSA Richard Cox. Defendant CHARLES LAWSHEA present in person and with counsel AFPD Tiffani Johnson. Cause called for detention hearing. Defendant requests hearing be continued; no objection by Government. Detention Hearing continued to 1/21/2005 at 3:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. The Court finds by granting the continuance, the ends of justice are met. Temporary order of detention will remain in effect. Defendant is remanded to the custody of the US Marshal. (Tape #C253; 645-951.) (KM, ilcd) (Entered: 01/14/2005) |
| 01/14/2005 | 6 | ARREST Warrant Returned Executed on 1/11/05 as to Charles Lawshea. (SKD, ilcd) (Entered: 01/18/2005) |
| 01/21/2005 | | Minute Entry for proceedings held 1/21/05 before Judge David G. Bernthal. Appearance of Eugene Miller, AUSA for Government. Appearance of CHARLES LAWSHEA in person and with counsel Tiffani Johnson, AFPD. Cause called for Detention Hearing. Government proffers as to police report (exhibit 1) and pretrial services report. Evidence for dft. Witness sworn, testimony heard. Arguments heard. The Court orders dft be detained pending trial. Written order of detention to be entered. Dft remanded to custody of the U.S. Marshal. (Tape #C254; 4958-5076.) (SKD, ilcd) (Entered: 01/21/2005) |
| 01/21/2005 | 7 | Exhibit 1 by USA as to Charles Lawshea. (SKD, ilcd) (Entered: 01/26/2005) |
| 01/21/2005 | 8 | ORDER OF DETENTION PENDING TRIAL as to Charles Lawshea (SKD, ilcd) (Entered: 01/27/2005) |
| 02/24/2005 | 9 | MOTION to Suppress by Charles Lawshea. (Johnson, Tiffani) (Entered: 02/24/2005) |
| 02/25/2005 | | ORAL MOTION to Continue jury trial by Charles Lawshea. (SKD, ilcd) (Entered: 02/25/2005) |
| 02/25/2005 | | Minute Entry for proceedings held 2/25/05 before Judge Michael P. McCuskey. Appearance of Eugene Miller, AUSA for Government. Appearance of CHARLES LAWSHEA in person and with counsel Tiffani Johnson, AFPD, by phone. Final Pretrial not held due to the filing of dft's |

Case 1:08-cr-00330    Document 2    Filed 04/29/2008

| | | |
|---|---|---|
| | | Motion to Supress. Status Conference held. Motion to Supress Hearing set for 4/26/2005 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Oral Motion to Continue Jury Trial by Charles Lawshea (1); no objection by Government. Motion granted. Jury Trial set 3/7/05 is VACATED. The Court finds the ends of justice are served pursuant to 18 USC 3161(h)(8)(a). Time is excluded from 2/25/05 until 4/26/05. Dft remanded to the custody of the U.S. Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 02/25/2005) |
| 04/19/2005 | 10 | RESPONSE to Motion by USA as to Charles Lawshea re 9 MOTION to Suppress (Miller, Eugene) (Entered: 04/19/2005) |
| 04/20/2005 | 11 | First MOTION to Continue *Motion to Supress Hearing* by USA as to Charles Lawshea. (Miller, Eugene) (Entered: 04/20/2005) |
| 04/22/2005 | 12 | NOTICE *OF ASSENT* by Charles Lawshea re 11 First MOTION to Continue *Motion to Supress Hearing* (Johnson, Tiffani) (Entered: 04/22/2005) |
| 04/26/2005 | | Minute Entry for proceedings held 4/26/05 before Judge Michael P. McCuskey. Appearance of Eugene Miller, AUSA for Government. Appearance of CHARLES LAWSHEA in person and with counsel Tiffani Johnson, AFPD. Motion Hearing as held re 11 First MOTION to Continue the Motion to Supress hearing by USA; granted. Motion to Supress Hearing continued to 6/9/2005 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been served pursuant to 18 USC 3161(h)(8)(a). Time is excluded from 2/24/05 until 6/9/05. Dft remanded to the custody of the US Marshal.(Court Reporter LC.) (SKD, ilcd) (Entered: 04/26/2005) |
| 06/09/2005 | | Minute Entry for proceedings held on 6/9/2005 before Chief Judge Michael P. McCuskey : Appearance by AUSA Eugene Miller for Government. Defendant CHARLES LAWSHEA appeared in person and with counsel, AFPD Tiffani Johnson. Motion Hearing re 9 MOTION to Suppress filed by Charles Lawshea. Evidence for Govt; witness sworn and testimony heard. Arguments by counsel heard. Motion to Suppress 9 DENIED. Conditional Change of Plea Hearing set for 7/6/2005 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from 2/24/2005 to 7/6/2005. Dft is remanded to the custody of the US Marshal.(Court Reporter LC) (SP, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 | 13 | EXHIBIT LIST by USA as to Charles Lawshea for motion hearing held 6/9/2005. Exhibits placed in vault. (SP, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 | 14 | EXHIBIT LIST by Charles Lawshea for hearing held 6/9/2005. Exhibits placed in vault. (SP, ilcd) Modified on 6/10/2005 to attach corrected exhibit list (VB, ilcd). (Entered: 06/09/2005) |
| 07/06/2005 | | Minute Entry for proceedings held on 7/6/2005 before Judge Michael P. McCuskey : Appearance by AUSA Eugene Miller for Govt. Dft CHARLES LAWSHEA appeared in person and with counsel, AFPD Tiffani Johnson. Change of Plea Hearing held. Dft sworn; questioned by the Court. Dft advised of rights. Dft acknowledges receipt of Indictment. Dft advised of |

| | | charges and penalties. Govt states factual basis for Indictment. The Court finds the plea knowing and voluntary. Conditional Written Plea filed in open court. Guilty Plea entered by Charles Lawshea to Count 1. Sentencing set for 10/14/2005 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to U S Probation for presentence investigation report. Order on Implementation of Sentencing Guidelines to be entered. Dft remanded to the custody of the U S Marshal.(Court Reporter LC) (SP, ilcd) (Entered: 07/06/2005) |
|---|---|---|
| 07/06/2005 | 15 | PLEA AGREEMENT as to Charles Lawshea (SP, ilcd) (Entered: 07/06/2005) |
| 07/06/2005 | 16 | ORDER on Implementation of Sentencing Guidelines as to Charles Lawshea. Entered by Judge Michael P. McCuskey on 7/6/2005. (SP, ilcd) (Entered: 07/06/2005) |
| 10/11/2005 | 17 | Exhibit by Charles Lawshea. (Attachments: # 1 Exhibit Hurd Ltr# 2 Exhibit Garner ltr)(Johnson, Tiffani) (Entered: 10/11/2005) |
| 10/14/2005 | | Minute Entry for proceedings held on 10/14/2005 before Chief Judge Michael P. McCuskey : Appearance by AUSA Eugene Miller for Govt. Dft CHARLES LAWSHEA appeared in person and with counsel, AFPD Tiffani Johnson and AFPD A. Brian Threlkeld. Sentencing held for Charles Lawshea (1), Count 1. Parties acknowledge receipt of the presentence report; no objections. The Court adopts the findings of the presentence report. Letters in support of defendant filed. Recommendations by counsel heard. It is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 27 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of three years. It is further ordered that defendant shall pay a special assessment in the amount of $100.00, due immediately. Appeal rights given. Dft remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 10/14/2005) |
| 10/14/2005 | 18 | EXHIBIT LIST by USA and Charles Lawshea from hearing held 10/14/2005. Exhibit placed in vault. (SP, ilcd) Modified on 10/14/2005 to add descriptive text. (SP, ilcd) (Entered: 10/14/2005) |
| 10/14/2005 | 19 | JUDGMENT as to Charles Lawshea (1), Count 1, entered by Judge Michael P. McCuskey on 10/14/2005. (SP, ilcd) (Entered: 10/14/2005) |
| 10/14/2005 | 20 | *SEALED* +++ PRESENTENCE INVESTIGATION REPORT as to Charles Lawshea (SP, ilcd). Modified on 3/18/2008 to attach document (KM, ilcd). (Entered: 10/14/2005) |
| 10/14/2005 | 21 | *SEALED* +++ SENTENCING RECOMMENDATION as to Charles Lawshea. (SP, ilcd). Modified on 3/18/2008 to attach document (KM, ilcd). (Entered: 10/14/2005) |
| 10/14/2005 | 22 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Charles Lawshea (SP, ilcd) (Entered: 10/14/2005) |
| 10/21/2005 | 23 | NOTICE OF APPEAL by Charles Lawshea (Johnson, Tiffani) (Entered: |

Case 1:08-cr-00530 - U Document 2    Filed 04/29/2008

| | | |
|---|---|---|
| | | 10/21/2005) |
| 10/21/2005 | 24 | JURISDICTIONAL STATEMENT by Charles Lawshea re 23 Notice of Appeal - Final Judgment. (Johnson, Tiffani) (Entered: 10/21/2005) |
| 10/21/2005 | 25 | Short Record of Appeal as to Charles Lawshea sent to US Court of Appeals re 23 Notice of Appeal - Final Judgment (SKD, ilcd) (Entered: 10/21/2005) |
| 10/28/2005 | 26 | USCA Case Number as to Charles Lawshea 05-4098 for 23 Notice of Appeal - Final Judgment filed by Charles Lawshea (SKD, ilcd) (Entered: 10/28/2005) |
| 11/17/2005 | 27 | TRANSCRIPT of Proceedings as to Charles Lawshea held on 6/9/05 re: Motion to Suppress before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 11/17/2005) |
| 12/12/2005 | 28 | DESIGNATION OF RECORD ON APPEAL by Charles Lawshea (Johnson, Tiffani) (Entered: 12/12/2005) |
| 12/20/2005 | 29 | Judgment Returned Executed as to Charles Lawshea on 12/5/2005 at Oxford, WI. (SP, ilcd) (Entered: 12/20/2005) |
| 12/23/2005 | 30 | MOTION to Withdraw Document *and Record on Appeal* by USA as to Charles Lawshea. (Miller, Eugene) (Entered: 12/23/2005) |
| 12/27/2005 | | TEXT ORDER granting 30 Motion to Withdraw Document and Record on Appeal as to Charles Lawshea (1). Entered by Judge Michael P. McCuskey on 12/27/05. (SKD, ilcd) (Entered: 12/27/2005) |
| 12/27/2005 | 31 | Letter from Clerk to AUSA Miller re: long record. (SKD, ilcd) (Entered: 12/27/2005) |
| 12/27/2005 | 32 | Letter from US Attorney's Office indicating their receipt of record on appeal consisting of 1 volume of pleadings and 1 volume of transcripts. (SKD, ilcd) (Entered: 12/27/2005) |
| 01/09/2006 | | Remark: US Attorney's Office returned to Clerk's Office record on appeal consisting of 1 volume of pleadings and 1 volume of transcripts. (KM, ilcd) (Entered: 01/09/2006) |
| 01/24/2006 | 33 | Request from USCA for Long Record re 23 Notice of Appeal - Final Judgment. (SKD, ilcd) (Entered: 01/24/2006) |
| 01/24/2006 | 34 | Letter of Transmittal to USCA re 23 Notice of Appeal - Final Judgment. Forwarding record consisting of 1 volume of pleadings, 1 volume of transcripts, 1 volume of exhibits and 1 volume of sealed documents. (SKD, ilcd). Modified on 1/26/2006 to add attachment (SKD, ilcd). (Entered: 01/24/2006) |
| 01/30/2006 | 35 | Letter from USCA indicating their receipt of long record consisting of 1 volume of pleadings, 1 volume of transcripts, 1 volume of exhibits and 1 volume of sealed documents. (SKD, ilcd) (Entered: 01/30/2006) |
| 09/18/2006 | 36 | MANDATE of USCA (certified copy) as to Charles Lawshea. The judgment of the District Court is Affirmed. See Mandate. (SKD, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 09/18/2006) |
| 09/18/2006 | | Appeal Record Returned as to Charles Lawshea: consisting of 1 volume of pleadings, 1 volume of transcripts and 1 volume of exhibits (SKD, ilcd) (Entered: 09/18/2006) |
| 09/18/2006 | | (Court only) *** Clerk`s Notes as to Charles Lawshea : Clerk called USCA; they have 1 volume of sealed documents and will be sending it back. (SKD, ilcd) (Entered: 09/18/2006) |
| 09/19/2006 | | Appeal Record Returned as to Charles Lawshea: consisting of 1 volume of sealed documents. (SKD, ilcd) (Entered: 09/19/2006) |





## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JAN – 6 2005 |
| | ) | JOHN M. WATERS, Clerk |
| Plaintiff, | ) | U.S. DISTRICT COURT |
| | ) | CENTRAL DISTRICT OF ILLINOIS |
| vs. | ) | No. CR 05-200 _0 1_ |
| | ) | |
| CHARLES LAWSHEA, | ) | Title 18, United States Code, |
| | ) | Section 922(g)(1). |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

**THE GRAND JURY CHARGES:**

On or about October 24, 2004, in Vermilion County, in the Central District of

Illinois,

**CHARLES LAWSHEA,**

defendant herein, having been previously convicted in courts of the State of Illinois of

crimes punishable by imprisonment for a term exceeding one year, did knowingly

possess, in and affecting commerce, a firearm, that is, a Jennings, Model 25, .25 caliber

semi-automatic pistol, serial number 550289.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

FOREPERSON

_____

JAN PAUL MILLER
United States Attorney

ELM

A TRUE COPY
ATTEST·
PAMELA E. ROBINSON, CLERK
BY: S. Dorn
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4-24-08

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
| --- | --- | --- |

UNITED STATES OF AMERICA
V.

CHARLES LAWSHEA

**JUDGMENT IN A CRIMINAL CASE**

**FILED**

OCT 1 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

Case Number: 05-20001-001

USM Number: 14304-026

Tiffani D. Johnson
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 USC §§ 922(g)(1) and 924(a)(2) | Possession of a Firearm by a Felon | 10/24/2004 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                                    ☐ is    ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/14/2005
Date of Imposition of Judgment

Signature of Judge

MICHAEL P. McCUSKEY      Chief U.S. District Judge
Name and Title of Judge

10/14/05
Date

A TRUE COPY
ATTEST
PAMELA E. ROBINSON, CLERK
BY: S. Rozen
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:   4-24-08

AO 245B    (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: CHARLES LAWSHEA
CASE NUMBER: 05-20001-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

27 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends to the Federal Bureau of Prisons that the defendant be housed in the Midwest for visitation.

The Court finds the defendant is an addict and, therefore, recommends to the Federal Bureau of Prisons that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the Federal Bureau of Prisons.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT: CHARLES LAWSHEA
CASE NUMBER: 05-20001-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

  three (3) years.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

     future substance abuse. (Check, if applicable.)

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from ☐ excessive ☒ any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:08-cr-00330    Document 2    Filed 04/29/2008    Page 13 of 15

Judgment—Page __4__ of __6__

DEFENDANT: CHARLES LAWSHEA
CASE NUMBER: 05-20001-001

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment, including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.

2. You shall participate in a program of job training or employment counseling as directed by the probation officer.

3. You shall obtain a G.E.D. during the term of supervision.

4. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

Judgment — Page __5__ of __6__

DEFENDANT: CHARLES LAWSHEA
CASE NUMBER: 05-20001-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐  the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  CHARLES LAWSHEA
CASE NUMBER:  05-20001-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☑ Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.